# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:01CR222 |
|---|---|---|
| v. | ) | |
| | ) | **ORDER TO DESTROY OR** |
| | ) | **DISPOSE OF EVIDENCE** |
| WESLEY KENT DAVIS | ) | |

**THIS MATTER** is before the Court upon Motion of the United States for destruction or disposal of evidence.

It appears to the Court that this case is closed and that all avenues of appellate review have been exhausted or eliminated by the passage of time. It further appears to the Court that the Federal Bureau of Investigation is in possession of weapons and other similar devices, which were seized at the time of defendant's arrest.

For good cause shown, **IT IS, THEREFORE, ORDERED** that the Motion of the United States be, and hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the firearms and other similar devices, described as

one Mossberg model 500A 12 gauge shotgun, serial number K662651,

one Marlin model 55 12 gauge shotgun, no serial number,

three 12 gauge rounds,

one .45 caliber round,

one shotgun magazine, and

one brown handgun holster,

be destroyed.

The Clerk is directed to certify copies of this Order to the Federal Bureau of Investigation and the United States Attorney.

Signed: February 10, 2006

Lacy H. Thornburg
United States District Judge